UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL PAUL BRIONES, | ) | No. CV 10-9710-R (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| AREF FAKHOURY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed as moot.

DATED: September 10, 2012  _____
MANUEL L. REAL
United States District Judge